UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                              Case No.  3:14cr91/MCR

KENT E. HOVIND
_____/

## INITIAL APPEARANCE

Defendant appeared before the undersigned with ____ without __x__ counsel. I have this date advised the defendant of the rights enumerated herein and have taken the following action:

| | | |
|---|---|---|
| 1. | Advised that he/she is before a U.S. Magistrate Judge | __x__ |
| 2. | Advised of the charge or charges | __x__ |
| 3. | Advised that he/she does not have to make any statement; that defendant has a right to consult with an attorney before making any statement; that any statement made could be used against defendant; that defendant will be arraigned under Rule 10 but will not otherwise be asked to plead to the charge or charges | __x__ |
| 4. | Advised of right to hire counsel, or have counsel appointed if found to be financially unable to hire counsel | __x__ |
| 5. | Defendant executed CJA 23 | __x__ |
| 6. | Federal public defender appointed after determination defendant unable to hire counsel (CJA 20) | __x__ |

7. Advised that defendant should obtain and file CJA 23 if subsequently decides to request appointment of counsel _____

8. Defendant admitted financial ability to employ counsel Counsel _____

9. Defendant found to be able to make full or partial payment for appointed counsel _____

10. Federal public defender appointed solely for the purpose of appearing at arraignment _____

11. Defendant to report to the U.S. Magistrate Judge in ____ days as to formal and final retention of private counsel _____

12. Since before the court on an indictment, the defendant was advised no right to preliminary hearing _____

13. Fix date and time for arraignment:   x

    IMMEDIATELY AFTER FIRST APPEARANCE PROCEEDINGS   x

14. Defendant advised of right to reasonable bail   x

15. Order Setting Conditions of Release entered   x

16. Government moved for detention without bail

    (a) Defendant waived without prejudice right to detention hearing _____

    (b) Government represented ready for detention hearing immediately _____

    (c) Government requested continuance of _____ days (up to and including 3 days) _____

    (d) Defendant advised of right of continuance

Page 3 of  3

        for up to and including 5 days                                                                                                     _____

(e)    Detention hearing scheduled for _____
and Temporary Detention Order entered                 _____

(f)    Detention hearing conducted                                   _____

        1)    Order of detention entered                                 _____

        2)    Order Setting Conditions of Release entered          _____

(g)    Defendant currently under order of incarceration
negating necessity of consideration of detention
on this charge(s) at this time                                                 __x__

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

DATE:    October 30, 2014

NOTES:_____
_____
_____
_____