11:00 AM                          United States District Court
                      CRIMINAL MINUTES - ARRAIGNMENT AND PLEA


Time Commenced:    11:32 AM                              Case #   3:14cr91/MCR
Time Concluded:    11:34 AM                              Date    10/30/14


DOCKET ENTRY: **ARRAIGNMENT** -


PRESENT:    HONORABLE Charles J. Kahn , Jr.    , U. S.  MAGISTRATE JUDGE
    Irma McCain-Coby          Karen Cook          CD              Ryan Love
    Deputy   Clerk              U.S.P.O.      Court Reporter     Asst. U.S. Attorney


U.S.A. vs.    Kent Hovind
  x  present    x  custody    bond    O/R            DOB
                Jennifer Hart          x    Apptd.      Retained      X      present
                Attorney for Defendant


PROCEEDINGS:

   x    Defendant waives reading of Indictment-Information.

          Indictment-Information read.


PLEA:

  X           Not Guilty Count(s)  ALL

              Guilty Count(s)


        TRIAL DATE:  December 1, 2014