IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                       Case No. 3:14cr91/MCR

KENT E. HOVIND,

    Defendant.
_____/

**DEFENDANT KENT HOVIND'S MOTION IN LIMINE
REGARDING LAWSUIT FILED BY ANTHONY JAWORSKI**

    COMES NOW the defendant, KENT E. HOVIND, by and through his undersigned attorney, and moves *in limine* as follows:

    1. The government has indicated that it will ask to introduce into evidence the complaint (doc 1) filed in the case of <u>Anthony Jaworski v. United States Treasury</u>, 1:13cv395 (District of Columbia). In 2011 Mr. Jaworski purchased from the government one of the properties involved in the charges in the indictment in the instant case. In 2013 he filed the aforementioned lawsuit seeking to get his money back from the government.

    2. Mr. Hovind objects to the introduction of the complaint in the aforementioned case because the contents of it would constitute hearsay — or hearsay within hearsay — with there being no exception to the hearsay rule. Fed.R.Evid. 801, 803, 804. Also, the contents of it are

irrelevant to the charges in the instant case and could be prejudicial to Mr. Hovind. It should be excluded under Fed.R.Evid. 403.

WHEREFORE, Mr. Hovind moves the Court to rule that the complaint cannot be admitted into evidence.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to TIFFANY EGGERS, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, and counsel for the co-defendant CHRISTOPHER KLOTZ, by Notice of Electronic Filing this 19th day of February 2015.

/s/ Thomas S. Keith
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418