IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.          Case No. 3:14cr91/MCR

KENT E. HOVIND,

    Defendant.
_____/

**DEFENDANT KENT HOVIND'S MOTION IN LIMINE
REGARDING OUT-OF-COURT STATEMENTS MADE BY CODEFENDANT**

COMES NOW the defendant, KENT E. HOVIND, by and through his undersigned attorney, and moves *in limine* as follows:

1. It is anticipated that the government will ask to introduce into evidence a number of out-of-court statements made by the codefendant, Paul Hansen.

2. Mr. Hovind objects to the admission of these out-of-court statements on hearsay grounds. If the government claims that they are admissible under an exception to the hearsay rule, e.g., statements by a co-conspirator, it has the burden of establishing the exception before the admission of the statements. See U.S. v. Underwood, 446 F.3d 1340, 1345-46 (11th Cir. 2006).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to TIFFANY EGGERS, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, and counsel for the co-defendant CHRISTOPHER KLOTZ, by Notice of Electronic Filing this 19th day of February 2015.

/s/ Thomas S. Keith
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418