IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                        Case No. 3:14cr91/MCR

KENT E. HOVIND,

      Defendant.

_____/

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

COMES NOW the defendant, KENT E. HOVIND, by and through his undersigned attorney, and, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, respectfully moves the court to ask the following questions during voir dire of the prospective jurors in the above-styled cause:

1.  Have you read, heard or know anything about this case - or about Mr. Hovind or Mr. Hansen in general - regardless of the source of the information?  If so, do not tell us what you have read or heard until I inquire further about it.

2.  Do you believe you know any of the potential witnesses in this case?

3.  Do you believe you know anyone related to Mr. Hovind or Mr. Hansen?

4.  Have you ever worked as a law enforcement officer or for a law enforcement agency?

5.  Do you have a close association, e.g., spouse, family member or close friend, with anyone who works or has worked as a law enforcement officer or for a law enforcement agency?

6.  Do you believe you would be inclined to find the testimony of a law enforcement officer more credible than the testimony of a civilian witness just because of his/her position as a law enforcement officer?

7.  Do you have any specialized knowledge in the area of the sale of real estate?

8.  Have you ever worked in a position within the court system, e.g., judge, prosecutor, probation officer, clerk, etc.

9.  Do you have a close association, e.g., spouse, family member or close firend, with anyone who works or has worked in a position within the court system?

10.  Have you ever worked as an attorney or have a close association with someone who does or has?

11.  Have you ever served on a jury or a grand jury?

12.  Do you work or have you ever worked as a civilian for the federal government?  If so, what is or was your position?

13.  Have you ever served in the military? If so, which branch and what was your highest rank?

14.  If selected as a juror in this case, you will be instructed that you cannot access any information regarding the case that may be in the news media or online, and cannot conduct any research regarding the case online or otherwise.  Do you believe that you would have any difficulty following this instruction?

15.  Do you have a close association with anyone who works for the Internal Revenue Service?

16.  In any criminal case, a defendant is presumed to be innocent or not guilty and the

burden is entirely upon the government to prove guilt beyond a reasonable doubt which is a very high standard of proof - a defendant has no burden to prove his innocence or present any evidence, including his own testimony.  Do any of you disagree with or believe it would be difficult for you to apply these principles, e.g., do you believe that the defendant should have to prove his innocence?

17.  Is there anything happening in your personal life that you believe would or could distract you from being an attentive juror in a trial that may last up to two weeks.  If so, you can tell us outside the presence of the other potential jurors.

18.  Is there any reasons that you know of that could possibly hinder your ability to be an impartial juror in this case, e.g., feelings for or against the government or the defense?

19.  Do you have any physical problems, e.g., poor hearing or eyesight, that could affect your ability to serve as a juror?

/s/ Thomas S. Keith
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to TIFFANY

EGGERS, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL

32502, by Notice of Electronic Filing this 24th day of February 2015.


/s/ Thomas S. Keith
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418