IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                    Case No. 3:14cr91/MCR

KENT E. HOVIND,

      Defendant.
_____/

## DEFENDANT'S PROPOSED JURY INSTRUCTION ON GOOD-FAITH DEFENSE

      COMES NOW, the Defendant, KENT E. HOVIND, by and through his undersigned counsel, and, pursuant to Rule 30(a) of the Federal Rules of Criminal Procedure, proposes the following jury instruction:

      "Good faith" is a complete defense to a charge that requires intent to defraud. A defendant isn't required to prove good faith. The Government must prove intent to defraud beyond a reasonable doubt.

      An honestly held opinion or an honestly formed belief cannot be fraudulent intent — even if the opinion or belief is mistaken. Similarly, evidence of a mistake in judgment, an error in management, or carelessness can't establish fraudulent intent.

A defendant does not act in good faith, however, if he intended to deceive others by making representations that he knew to be false or fraudulent.

Authority: 11th Cir.Pattern Instructions - S.I. #17 (last ¶ modified).

/s/ Thomas S. Keith
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to TIFFANY EGGERS, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, by Notice of Electronic Filing this 25th day of February 2015.

/s/ Thomas S. Keith
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418