IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No. 3:14cr91/MCR

KENT E. HOVIND,

    Defendant.
_____/

## DEFENDANT'S PROPOSED JURY INSTRUCTION REGARDING PREVIOUS CONVICTION

COMES NOW, the Defendant, KENT E. HOVIND, by and through his undersigned counsel, and, pursuant to Rule 30(a) of the Federal Rules of Criminal Procedure, proposes the following jury instruction:

The fact that Mr. Hovind was convicted in the previous case is not in and of itself evidence of his guilt in this case and should not be considered in that way.

                                                                         */s/ Thomas S. Keith*
                                                                         THOMAS S. KEITH
                                                                         Florida Bar No. 0243078
                                                                         Attorney for Defendant
                                                                         3 W. Garden Street, Suite 200
                                                                         Pensacola, FL  32502
                                                                         Thomas_Keith@fd.org
                                                                         (850) 432-1418

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to TIFFANY EGGERS, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, by Notice of Electronic Filing this 25th day of February 2015.

/s/ Thomas S. Keith
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418