IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                        Case No. 3:14cr91/MCR

KENT E. HOVIND,

      Defendant.
_____/

**<u>DEFENDANT'S PROPOSED JURY INSTRUCTION
REGARDING CONTEMPT OF COURT</u>**

COMES NOW, the Defendant, KENT E. HOVIND, by and through his undersigned counsel, and, pursuant to Rule 30(a) of the Federal Rules of Criminal Procedure, proposes the following jury instruction:

**<u>Contempt of court - 18 U.S.C. §401(a)(3)</u>**

It is a federal crime to willfully violate a lawful order of a court of the United States.

The Defendant can be found guilty of this crime only if all of the following facts are proved beyond a reasonable doubt:

(1) the court entered a lawful order of reasonable specificity;

(2) the order was violated; and

(3) the violation was willful.

In determining whether an order meets the "reasonable specificity" element, the order must be evaluated in the context in which it was entered and the audience to which it was addressed, and must be clear, definite and unambiguous in requiring or prohibiting the action in question.

To be a willful violation of an order, the violation must be deliberate or intended rather than accidental, inadvertent or negligent.

Authority: <u>U.S. v. Straub</u>, 508 F.3d 1003 (11th Cir. 2007).

*/s/ Thomas S. Keith*
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing has been furnished to TIFFANY EGGERS, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, by Notice of Electronic Filing this 25th day of February 2015.

<u>/s/ Thomas S. Keith</u>
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418
