UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO:  3:14cr91/MCR

KENT E. HOVIND, and
PAUL JOHN HANSEN,

     Defendants.
_____/

## ORDER

A jury trial in this case commenced on March 12, 2015.  At the close of trial, the jury found Defendant Kent E. Hovind guilty of one count of criminal contempt, as alleged in Count III of the Indictment.  For that particular count, the jury was instructed to specify which of the two Court Orders charged in Count III Hovind had violated.  The jury determined that Hovind had violated only the Court's Order Forfeiting Substitute Property dated June 28, 2007 ("Forfeiture Order").  At the close of the Government's case-in-chief, Hovind orally moved for a Judgment of Acquittal under Rule 29 of the Federal Rules of Criminal Procedure, arguing that there was insufficient evidence to support a conviction for criminal contempt of the Forfeiture Order.  The Court took his motion under advisement, and it remains under advisement.

Before ruling on the motion, the Court wants to give both sides an opportunity to submit legal argument.  Accordingly, the Government and Defendant Hovind shall have ten (10) days from the date of this Order to submit written arguments in support of or in opposition to Defendant Kent E. Hovind's Rule 29 Motion for Judgment of Acquittal with respect to Count III of the Indictment as it pertains to the June 2007 Forfeiture Order.

     DONE AND ORDERED on this 13th day of March 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**