FLN (Rev. 4/2004) Deficiency Order                                                                    Page 1 of 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                                                Case No. 3:14cr91/MCR

ERIC HOVIND and
PAUL JOHN HANSEN

---

### ORDER

Your document, **Notice of Motion and Motion for Reconsideration**, was received on March 31, 2015 and referred to the undersigned with the following deficiencies:

    The individual or attorney who signed the document is not an attorney admitted to practice in the NORTHERN DISTRICT OF FLORIDA [See N.D. Fla. Loc. R. 11.1(C)].

    The filing party is not a party to this case and is not an attorney of record in the above case.

For these reasons, IT IS ORDERED that:

    The submitted hard copy of the document shall be returned by the Clerk without electronic filing.

**DONE and ORDERED** this 2nd day of April, 2015.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**