**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

 VS               CASE NO. 3:14cr91/MCR

KENT E. HOVIND

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on May 5, 2015
Motion/Pleadings: DEFENDANT HOVIND'S MOTION IN LIMINE REGARDING CHARGES IN ORIGINAL CASE
Filed by Defendant  on 5/08/2015  Doc.# 173
RESPONSES:
  Government  on    Doc.# 183
      on    Doc.#

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

         JESSICA J. LYUBLANOVITS,
         CLERK OF COURT


         s/ *Susan Simms*
LC (1 OR 2)       Deputy Clerk: Susan Simms

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of May, 2015, that:*

 *The requested relief is DENIED. The indictment, verdict forms, and judgments from the original case are inextricably intertwined with, and intrinsic to, the charged scheme at issue in this case, and the probative value of the evidence is not substantially outweighed by its prejudicial effect.*

            *M. Casey Rodgers*
            *M. CASEY RODGERS*
         *Chief United States District Judge*