**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                                      CASE NO. 3:14cr91/MCR

KENT E. HOVIND

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on May 5, 2015
Motion/Pleadings: DEFENDANT HOVIND'S MOTION IN LIMINE REGARDING TAX LIENS ON PROPERTIES
Filed by Defendant on 5/08/2015 Doc.# 177
RESPONSES:

                                                 on             Doc.#
                                               on             Doc.#

     Stipulated      Joint Pldg.
     Unopposed     Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of May, 2015, that:*

*The requested relief is DENIED. The tax liens are relevant to Defendant Hovind's intent, and the probative value of the evidence is not substantially outweighed by its prejudicial effect.*

*M. Casey Rodgers*
M. CASEY RODGERS
*Chief United States District Judge*